UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-20069-ALTMAN

**VICTOR PLOTKIN**,

    *Plaintiff*,

*v.*

**NCL CORPORATION LTD**, *d/b/a* **NORWEGIAN CRUISE LINE**,

    *Defendant.*

_____/

## ORDER REQUIRING SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES

The parties are directed to prepare and file a joint scheduling report, as required by S.D. Fla. L.R. 16.1(b)(2), by **February 20, 2026**. By that same date, the parties, including governmental parties, must have filed certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in the Southern District of Florida on February 5, 2026.

                                                                                                                                    **ROY K. ALTMAN**
                                                                                                                         **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record